**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hollywood for Children, Inc., a New York non-profit corporation |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  The Audrey Hepburn Children's Fund |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 13-3749705 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 65 South Grand Avenue, 1st Floor<br>Pasadena, CA 91105<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>c/o Atelier 4, Inc.<br>1636 N. Indiana St. Los Angeles, CA 90063<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | None |

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| | |
|---|---|
| Debtor | Hollywood for Children, Inc., a New York non-profit corporation |
| | Name |

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Hollywood for Children, Inc., a New York non-profit corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  Hollywood for Children, Inc., a New York nonprofit
corporation                                                    Case number (if known) _____
Name

█ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 28, 2020
MM / DD / YYYY

X _____          Paul G.  Alberghetti
Signature of authorized representative of debtor          Printed name

Title    Secretary / Treasurer

**18. Signature of attorney**

X _____          Date  September 28, 2020
Signature of attorney for debtor          MM / DD / YYYY

Daniel A. Lev
Printed name

SulmeyerKupetz, A Professional Corporation
Firm name

333 South Grand Avenue Suite 3400
Los Angeles, CA 90071
Number, Street, City, State & ZIP Code

Contact phone   213.626.2311          Email address   dlev@sulmeyerlaw.com

129322 CA
Bar number and State

## CERTIFICATE OF RESOLUTIONS

I, the undersigned, the Secretary and Treasurer of Hollywood for Children, Inc., a New York non-profit corporation (the "Company"), do hereby certify that the following resolutions were adopted by the Company, and that they have not been modified or rescinded and are still in full force and effect:

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Directors of the Company has determined that it is desirable and in the best interest of the Company, its creditors, and other interested parties, that a voluntary petition be filed by and for the Company, in the United States Bankruptcy Court for the Central District of California, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the Secretary, Treasurer, and any other officers of the Company (the "Appropriate Officers"), be, and each of them hereby is, authorized and directed, on behalf of and in the name of the Company, to execute and verify such a petition and to cause the same to be filed with the United States Bankruptcy Court at such time as the Appropriate Officer executing that petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Appropriate Officers of the Company be, and each of them hereby is, authorized to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in that connection, to employ and retain all assistance by legal counsel, financial consultants, accountants, or other professionals, and to take any and all action which they deem necessary and proper in the aforesaid bankruptcy case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized, as it deems necessary, (i) to conduct, manage, and supervise a reorganization or liquidation of the Company, (ii) to borrow funds in such amounts, from such lenders and on such terms as may be approved by any one or more of the Appropriate Officers, as reasonably necessary for the continuing conduct of the affairs of the Company, and/or (iii) to grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed reasonably necessary by any one or more of the Appropriate Officers in connection with such borrowings or in connection with obtaining authority to use cash collateral, cash or otherwise; and it is further

**RESOLVED**, that the Appropriate Officers of the Company shall be, and each of them hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, agreements, instruments, and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution; and it is further

**RESOLVED**, that the Company may and shall retain the firm of **Sulmeyer**Kupetz, A Professional Corporation, as bankruptcy counsel to the Company, in connection with the aforesaid chapter 11 case and for all other relevant purposes.  The Appropriate Officers are authorized to sign an engagement letter employing **Sulmeyer**Kupetz, A Professional Corporation, as counsel to the Company, and deliver to **Sulmeyer**Kupetz, A Professional Corporation, the retainer required by said engagement letter, and to execute any other documents necessary for the retention and employment of **Sulmeyer**Kupetz, A Professional Corporation, and the approval of such employment in the aforesaid bankruptcy case; and it is further

**RESOLVED**, that the Appropriate Officers of the Company are authorized to take any and all further actions, and to execute and deliver any and all further instruments and documents, and to pay all expenses, in each case as in his or her judgment as shall be necessary or desirable in order fully to carry out the intent and accomplish the purpose of the resolutions adopted herein.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 28th day of September, 2020.

HOLLYWOOD FOR CHILDREN, INC., a New York non-profit corporation

By: _____
Paul G. Alberghetti, Secretary and Treasurer

**DECLARATION OF PAUL G. ALBERGHETTI PURSUANT TO 11 U.S.C. § 1116(1)(B)**

I, Paul G. Alberghetti, declare and state as follows:

1.    I am the Secretary and Treasurer of Hollywood for Children, Inc., a New York non-profit corporation (the "Debtor") and the proposed designated responsible individual of the Debtor.  Except as otherwise indicated, all statements contained in this Declaration are based upon my personal knowledge, my review of relevant financial documents or my opinion based on my experience with the Debtor's operations and financial condition.  If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents or opinion.  I am authorized to submit this Declaration on behalf of the Debtor.

2.    In my capacity as Secretary and Treasurer, I am familiar with the Debtor's operations, including its financial performance, charitable mission, and financial relationships.  I am familiar with the Debtor's books and records as they relate to the Debtor's financial operations.

3.    My understanding is that, pursuant to 11 U.S.C. § 1116(1)(B), if a company elects to proceed under Subchapter V of Chapter 11, it must attach to the voluntary petition for relief its most recent (I) balance sheet, (ii) statement of operations, (iii) cash-flow statement, and (iv) federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

4.    The Debtor has filed, concurrently with its voluntary petition for relief, its most recent (i) balance sheet, (ii) cash flow statement, and (iii) federal tax return.  The Debtor, however, as a non-profit corporation, does not have a current "statement of operations".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2020, at Pasadena, California.

Paul G. Alberghetti

5:17 PM

09/26/20

Accrual Basis

## Hollywood For Children, Inc.
## Balance Sheet
### As of September 30, 2020

|  | Sep 30, 20 | Sep 30, 19 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| 00-0050 · Petty Cash | 0.00 | 500.00 |
| 00-1020 · City National Bank-Cash | 24,796.24 | 40,922.88 |
| **Total Checking/Savings** | 24,796.24 | 41,422.88 |
| **Other Current Assets** | | |
| 00-1501 · Prepaid Insurance | | |
| 00-1525 · Security Deposit | 1,855.00 | 1,855.00 |
| **Total 00-1501 · Prepaid Insurance** | 1,855.00 | 1,855.00 |
| 00-1540 · Inventory - Works of Art | 2,258.00 | 2,258.00 |
| 00-1550 · Inventory -Books | 2,810.60 | 2,810.60 |
| **Total Other Current Assets** | 6,923.60 | 6,923.60 |
| **Total Current Assets** | 31,719.84 | 48,346.48 |
| **Fixed Assets** | | |
| 00-180 · Furniture & Fixture | 12,917.15 | 12,917.15 |
| 00-1810 · Equipment | 9,312.93 | 9,312.93 |
| 00-1820 · Leasehold Improvements | 4,275.00 | 4,275.00 |
| 00-1880 · Accumulated Deprec. F&F | -12,917.15 | -12,917.15 |
| 00-1881 · Accumulated Deprec.-Equipment | -9,312.93 | -9,312.93 |
| 00-1882 · Accumulated Amort.-Lsehold Imp | -4,275.00 | -4,275.00 |
| **Total Fixed Assets** | 0.00 | 0.00 |
| **TOTAL ASSETS** | 31,719.84 | 48,346.48 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Credit Cards** | | |
| 65-6756 · CNB - Ellen Fontana | 0.00 | 145.42 |
| 65-6757 · CNB - Nicole Slovinsky | 0.00 | 1.99 |
| **Total Credit Cards** | 0.00 | 147.41 |
| **Other Current Liabilities** | | |
| 00-2100 · Accrued Expenses | 384,706.60 | 336,380.35 |
| **Total Other Current Liabilities** | 384,706.60 | 336,380.35 |
| **Total Current Liabilities** | 384,706.60 | 336,527.76 |
| **Long Term Liabilities** | | |
| 00-2400 · Loan Payable-SF | 33,500.00 | 33,500.00 |
| 00-2460 · Loan Payable-SF/LD 2000-2004 | 50,200.00 | 50,200.00 |
| 00-2480 · Loan Payable L Dotti 2011-2014 | 523,280.37 | 523,280.37 |
| 00-2490 · Loan Payable - PGA HLP | 432,236.93 | 432,236.93 |
| **Total Long Term Liabilities** | 1,039,217.30 | 1,039,217.30 |
| **Total Liabilities** | 1,423,923.90 | 1,375,745.06 |
| **Equity** | | |
| 3900 · Retained Earnings | -1,327,398.58 | -512,232.53 |
| Net Income | -64,805.48 | -815,166.05 |
| **Total Equity** | -1,392,204.06 | -1,327,398.58 |
| **TOTAL LIABILITIES & EQUITY** | 31,719.84 | 48,346.48 |

5:17 PM

09/26/20

# Hollywood For Children, Inc.
## Statement of Cash Flows
### October 2019 through September 2020

| | Oct '19 - Sep 20 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -64,805.48 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **65-6756 · CNB - Ellen Fontana** | -145.42 |
| **65-6757 · CNB - Nicole Slovinsky** | -1.99 |
| **00-2100 · Accrued Expenses** | 48,326.25 |
| **Net cash provided by Operating Activities** | -16,626.64 |
| **Net cash increase for period** | -16,626.64 |
| **Cash at beginning of period** | 41,422.88 |
| **Cash at end of period** | 24,796.24 |

Form **8879-EO**

Department of the Treasury
Internal Revenue Service

### IRS e-*file* Signature Authorization
### for an Exempt Organization

For calendar year 2018, or fiscal year beginning 10/01 , 2018, and ending 9/30 , 20 2019

► **Do not send to the IRS. Keep for your records.**
► Go to *www.irs.gov/Form8879EO* for the latest information.

OMB No 1545-1878

**2018**

Name of exempt organization

HOLLYWOOD FOR CHILDREN, INC.

Employer identification number

13-3749705

Name and title of officer

PAUL G. ALBERGHETTI                                          SECRETARY

### Part I | Type of Return and Return Information (Whole Dollars Only)

Check the box for the return for which you are using this Form 8879-EO and enter the applicable amount, if any, from the return. If you check the box on line 1a, 2a, 3a, 4a, or 5a, below, and the amount on that line for the return being filed with this form was blank, then leave line 1b, 2b, 3b, 4b, or 5b, whichever is applicable, blank (do not enter -0-). But, if you entered -0- on the return, then enter -0- on the applicable line below. **Do not** complete more than one line in Part I.

| | |
|---|---|
| 1 a Form 990 check here ▶ [X] b Total revenue, if any (Form 990, Part VIII, column (A), line 12) | 1 b 324,432. |
| 2 a Form 990-EZ check here ▶ [ ] b Total revenue, if any (Form 990-EZ, line 9) | 2 b |
| 3 a Form 1120-POL check here ▶ [ ] b Total tax (Form 1120-POL, line 22) | 3 b |
| 4 a Form 990-PF check here ▶ [ ] b Tax based on investment income (Form 990-PF, Part VI, line 5) | 4 b |
| 5 a Form 8868 check here ▶ [ ] b Balance Due (Form 8868, line 3c) | 5 b |

### Part II | Declaration and Signature Authorization of Officer

Under penalties of perjury, I declare that I am an officer of the above organization and that I have examined a copy of the organization's 2018 electronic return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amount in Part I above is the amount shown on the copy of the organization's electronic return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send the organization's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the organization's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the organization's electronic return and, if applicable, the organization's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize  BENCIVENGA WARD & COMPANY CPAS, PC      to enter my PIN   02030   as my signature
                 ERO firm name                                    Enter five numbers, but
                                                                  do not enter all zeros

on the organization's tax year 2018 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I also authorize the aforementioned ERO to enter my PIN on the return's disclosure consent screen.

[ ] As an officer of the organization, I will enter my PIN as my signature on the organization's tax year 2018 electronically filed return. If I have indicated within this return that a copy of the return is being filed with a state agency(ies) regulating charities as part of the IRS Fed/State program, I will enter my PIN on the return's disclosure consent screen.

Officer's signature ▶                                      Date ▶

### Part III | Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit electronic filing identification
number (EFIN) followed by your five-digit self-selected PIN                         13133591450
                                                                          Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed return for the organization indicated above. I confirm that I am submitting this return in accordance with the requirements of *Pub. 4163,* Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶                                        Date ▶

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

BAA  For Paperwork Reduction Act Notice, see instructions.                  Form **8879-EO** (2018)

TEEA7401L  10/29/18

Form **990**

OMB No. 1545-0047

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

## 2018

Department of the Treasury
Internal Revenue Service

▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

**Open to Public Inspection**

**A** For the 2018 calendar year, or tax year beginning 10/01 , 2018, and ending 9/30 , 2019

| **B** Check if applicable: | **C** | **D** Employer identification number |
|---|---|---|
| ☐ Address change | HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |
| ☐ Name change | 65 S. GRAND AVE., FIRST FLOOR | **E** Telephone number |
| ☐ Initial return | PASADENA, CA 91105 | (626) 304-1382 |
| ☐ Final return/terminated | | |
| ☐ Amended return | | **G** Gross receipts $ 324,432. |
| ☐ Application pending | **F** Name and address of principal officer: PAUL G. ALBERGHETTI | |

| | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
| SAME AS C ABOVE | **H(b)** Are all subordinates included? ☐ Yes ☐ No |
| | If 'No,' attach a list. (see instructions) |

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( )◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ N/A

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶  **L** Year of formation 1994  **M** State of legal domicile NY

## Part I | Summary

| Activities & Governance | 1 | Briefly describe the organization's mission or most significant activities: INCREASE AWARENESS OF CHILDREN'S CAUSES THROUGTHOUT THE WORLD. |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 3 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 1 |
| | 5 | Total number of individuals employed in calendar year 2018 (Part V, line 2a) | **5** | 2 |
| | 6 | Total number of volunteers (estimate if necessary) | **6** | 0 |
| | 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0. |
| | b | Net unrelated business taxable income from Form 990-T, line 38 | **7b** | 0. |

| Revenue | | | Prior Year | Current Year |
|---|---|---|---|---|
| | 8 | Contributions and grants (Part VIII, line 1h) | 12,987. | 31,915. |
| | 9 | Program service revenue (Part VIII, line 2g) | | 292,517. |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 60,000. | |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 227,897. | |
| | 12 | Total revenue — add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 300,884. | 324,432. |

| Expenses | | | | |
|---|---|---|---|---|
| | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | | |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | | |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 167,750. | 112,203. |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | | |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 34,592. | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 195,496. | 1,027,393. |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 363,246. | 1,139,596. |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | -62,362. | -815,164. |

| Net Assets or Fund Balances | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| | 20 | Total assets (Part X, line 16) | 68,287. | 48,347. |
| | 21 | Total liabilities (Part X, line 26) | 580,520. | 1,375,744. |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | -512,233. | -1,327,397. |

## Part II | Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | Date |
|---|---|---|
| | ▶ PAUL G. ALBERGHETTI | |
| | Type or print name and title SECRETARY | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | LEONARD J. BENCIVENGA, CPA | | 8/07/20 | | P00116788 |
| | Firm's name ▶ BENCIVENGA WARD & COMPANY CPAS, PC | | | Firm's EIN ▶ 13-3274930 | |
| | Firm's address ▶ 420 COLUMBUS AVENUE, SUITE 304 | | | | |
| | VALHALLA, NY 10595-1382 | | | Phone no. (914) 769-5005 | |

May the IRS discuss this return with the preparer shown above? (see instructions) ☒ Yes ☐ No

BAA  For Paperwork Reduction Act Notice, see the separate instructions.    TEEA0101L 08/20/18    Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                  13-3749705          Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ............................................. ☐

**1** Briefly describe the organization's mission:

INCREASE AWARENESS OF CHILDREN'S CAUSES THROUGHTOUT THE WORLD.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

**2** Did the organization undertake any significant program services during the year which were not listed on the prior
Form 990 or 990-EZ? ...........................................................................................   ☐ Yes  ☒ No
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services? ....   ☐ Yes  ☒ No
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses,
and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $     205,920.  including grants of $ _____ ) (Revenue  $ _____ )
INCREASE AWARENESS OF CHILDREN'S CAUSES THROUGHOUT THE WORLD.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

**4b** (Code: _____ ) (Expenses $ _____  including grants of $ _____ ) (Revenue  $ _____ )

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

**4c** (Code: _____ ) (Expenses $ _____  including grants of $ _____ ) (Revenue  $ _____ )

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

**4d** Other program services (Describe in Schedule O.)
(Expenses $ _____  including grants of $ _____ ) (Revenue  $ _____ )
**4e** Total program service expenses ▶           205,920.

BAA                                   TEEA0102L   03/03/18                         Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                    13-3749705          Page **3**

**Part IV** | **Checklist of Required Schedules**

| | | Yes | No |
|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If 'Yes,' complete Schedule A* ......... **1** | X | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? ......... **2** | X | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If 'Yes,' complete Schedule C, Part I* ......... **3** | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If 'Yes,' complete Schedule C, Part II* ......... **4** | | X |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If 'Yes,' complete Schedule C, Part III* ......... **5** | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If 'Yes,' complete Schedule D, Part I* ......... **6** | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If 'Yes,' complete Schedule D, Part II* ......... **7** | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If 'Yes,' complete Schedule D, Part III* ......... **8** | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If 'Yes,' complete Schedule D, Part IV* ......... **9** | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If 'Yes,' complete Schedule D, Part V* ......... **10** | | X |
| 11 | If the organization's answer to any of the following questions is 'Yes', then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If 'Yes,' complete Schedule D, Part VI* ......... **11a** | X | |
| **b** | Did the organization report an amount for investments — other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VII* ......... **11b** | | X |
| **c** | Did the organization report an amount for investments — program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part VIII* ......... **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If 'Yes,' complete Schedule D, Part IX* ......... **11d** | X | |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If 'Yes,' complete Schedule D, Part X* ......... **11e** | | X |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If 'Yes,' complete Schedule D, Part X* ......... **11f** | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If 'Yes,' complete Schedule D, Parts XI and XII* ......... **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If 'Yes,' and if the organization answered 'No' to line 12a, then completing Schedule D, Parts XI and XII is optional* ......... **12b** | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If 'Yes,' complete Schedule E* ......... **13** | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? ......... **14a** | X | |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If 'Yes,' complete Schedule F, Parts I and IV* ......... **14b** | X | |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If 'Yes,' complete Schedule F, Parts II and IV* ......... **15** | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If 'Yes,' complete Schedule F, Parts III and IV* ......... **16** | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If 'Yes,' complete Schedule G, Part I* (see instructions) ......... **17** | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If 'Yes,' complete Schedule G, Part II* ......... **18** | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If 'Yes,' complete Schedule G, Part III* ......... **19** | | X |
| 20a | Did the organization operate one or more hospital facilities? *If 'Yes,' complete Schedule H* ......... **20a** | | X |
| **b** | If 'Yes' to line 20a, did the organization attach a copy of its audited financial statements to this return? ......... **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If 'Yes,' complete Schedule I, Parts I and II* ......... **21** | | X |

BAA                                              TEEA0103L   08/03/18                              Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                    13-3749705         Page **4**

**Part IV** | **Checklist of Required Schedules** *(continued)*

| | | Yes | No |
|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If 'Yes,' complete Schedule I, Parts I and III* ............ **22** | | X |
| 23 | Did the organization answer 'Yes' to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If 'Yes,' complete Schedule J* ............ **23** | | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If 'Yes,' answer lines 24b through 24d and complete Schedule K. If 'No,' go to line 25a* ............ **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? ............ **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? ............ **24c** | | |
| d | Did the organization act as an 'on behalf of' issuer for bonds outstanding at any time during the year? ............ **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If 'Yes,' complete Schedule L, Part I* ............ **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If 'Yes,' complete Schedule L, Part I* ............ **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If 'Yes,' complete Schedule L, Part II* ............ **26** | X | |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If 'Yes,' complete Schedule L, Part III* ............ **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | |
| a | A current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV* ............ **28a** | | X |
| b | A family member of a current or former officer, director, trustee, or key employee? *If 'Yes,' complete Schedule L, Part IV* ............ **28b** | | X |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If 'Yes,' complete Schedule L, Part IV* ............ **28c** | | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If 'Yes,' complete Schedule M* ............ **29** | | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If 'Yes,' complete Schedule M* ............ **30** | X | |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If 'Yes,' complete Schedule N, Part I* ............ **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If 'Yes,' complete Schedule N, Part II* ............ **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If 'Yes,' complete Schedule R, Part I* ............ **33** | | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If 'Yes,' complete Schedule R, Part II, III, or IV, and Part V, line 1* ............ **34** | | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? ............ **35a** | | X |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If 'Yes,' complete Schedule R, Part V, line 2* ............ **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If 'Yes,' complete Schedule R, Part V, line 2* ............ **36** | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If 'Yes,' complete Schedule R, Part VI* ............ **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O ............ **38** | X | |

**Part V** | **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ............ ☐

| | | Yes | No |
|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable ............ **1a** | 9 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable ............ **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? ............ **1c** | X | |

BAA                                          TEEA0104L  08/03/18                              Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                    13-3749705            Page 5

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **2a** Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return ....  **2a** | **2** |  |  |
| **b** If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X |  |
| **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) |  |  |  |
| **3a** Did the organization have unrelated business gross income of $1,000 or more during the year? | **3a** |  | X |
| **b** If 'Yes,' has it filed a Form 990-T for this year? *If 'No' to line 3b, provide an explanation in Schedule O* | **3b** |  |  |
| **4a** At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** |  | X |
| **b** If 'Yes,' enter the name of the foreign country: ► |  |  |  |
| See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |
| **5a** Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | **5a** |  | X |
| **b** Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** |  | X |
| **c** If 'Yes,' to line 5a or 5b, did the organization file Form 8886-T? | **5c** |  |  |
| **6a** Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | **6a** |  |  |
| **b** If 'Yes,' did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | **6b** |  |  |
| **7** **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |
| **a** Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** |  | X |
| **b** If 'Yes,' did the organization notify the donor of the value of the goods or services provided? | **7b** |  |  |
| **c** Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | **7c** |  | X |
| **d** If 'Yes,' indicate the number of Forms 8282 filed during the year ....  **7d** |  |  |  |
| **e** Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** |  | X |
| **f** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **7f** |  | X |
| **g** If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** |  |  |
| **h** If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** |  |  |
| **8** Sponsoring organizations maintaining donor advised funds. Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | **8** |  |  |
| **9** **Sponsoring organizations maintaining donor advised funds.** |  |  |  |
| **a** Did the sponsoring organization make any taxable distributions under section 4966? | **9a** |  |  |
| **b** Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | **9b** |  |  |
| **10** **Section 501(c)(7) organizations.** Enter: |  |  |  |
| **a** Initiation fees and capital contributions included on Part VIII, line 12 ....  **10a** |  |  |  |
| **b** Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ....  **10b** |  |  |  |
| **11** **Section 501(c)(12) organizations.** Enter: |  |  |  |
| **a** Gross income from members or shareholders ....  **11a** |  |  |  |
| **b** Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) ....  **11b** |  |  |  |
| **12a** **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |
| **b** If 'Yes,' enter the amount of tax-exempt interest received or accrued during the year ....  **12b** |  |  |  |
| **13** **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |
| **a** Is the organization licensed to issue qualified health plans in more than one state? | **13a** |  |  |
| **Note.** See the instructions for additional information the organization must report on Schedule O. |  |  |  |
| **b** Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans ....  **13b** |  |  |  |
| **c** Enter the amount of reserves on hand ....  **13c** |  |  |  |
| **14a** Did the organization receive any payments for indoor tanning services during the tax year? | **14a** |  | X |
| **b** If 'Yes,' has it filed a Form 720 to report these payments? *If 'No,' provide an explanation in Schedule O* | **14b** |  |  |
| **15** Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | **15** |  | X |
| If 'Yes,' see instructions and file Form 4720, Schedule N. |  |  |  |
| **16** Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** |  | X |
| If 'Yes,' complete Form 4720, Schedule O. |  |  |  |

BAA                                          TEEA0105L   12/31/18                          Form **990** (2018)

Form 990 (2018) HOLLYWOOD FOR CHILDREN, INC.                                                    13-3749705                    Page 6

| **Part VI** | **Governance, Management, and Disclosure** *For each 'Yes' response to lines 2 through 7b below, and for a 'No' response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI................................................ ☒

## Section A. Governing Body and Management

|  |  | Yes | No |
|---|---|---|---|
| **1 a** Enter the number of voting members of the governing body at the end of the tax year... **1a** 3 | | | |
| If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | |
| **b** Enter the number of voting members included in line 1a, above, who are independent..... **1b** 1 | | | |
| **2** Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? **SEE SCHEDULE O** | **2** | X | |
| **3** Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? | **3** | | X |
| **4** Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | X |
| **5** Did the organization become aware during the year of a significant diversion of the organization's assets?... | **5** | | X |
| **6** Did the organization have members or stockholders? | **6** | | X |
| **7 a** Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? | **7a** | | X |
| **b** Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? | **7b** | | X |
| **8** Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| **a** The governing body? | **8a** | X | |
| **b** Each committee with authority to act on behalf of the governing body? | **8b** | X | |
| **9** Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If 'Yes,' provide the names and addresses in Schedule O* | **9** | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | Yes | No |
|---|---|---|---|
| **10 a** Did the organization have local chapters, branches, or affiliates? | **10a** | | X |
| **b** If 'Yes,' did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11 a** Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | X | |
| **b** Describe in Schedule O the process, if any, used by the organization to review this Form 990. **SEE SCHEDULE O** | | | |
| **12 a** Did the organization have a written conflict of interest policy? *If 'No,' go to line 13* | **12a** | X | |
| **b** Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | X | |
| **c** Did the organization regularly and consistently monitor and enforce compliance with the policy? *If 'Yes,' describe in Schedule O how this was done* **SEE SCHEDULE O** | **12c** | X | |
| **13** Did the organization have a written whistleblower policy? | **13** | X | |
| **14** Did the organization have a written document retention and destruction policy? | **14** | X | |
| **15** Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** The organization's CEO, Executive Director, or top management official | **15a** | | X |
| **b** Other officers or key employees of the organization | **15b** | | X |
| If 'Yes' to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| **16 a** Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? | **16a** | | X |
| **b** If 'Yes,' did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed ► __NY CA__ _____

**18** Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website    ☐ Another's website    ☒ Upon request    ☐ Other *(explain in Schedule O)*

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. **SEE SCHEDULE O**

**20** State the name, address, and telephone number of the person who possesses the organization's books and records  ►
CAROLINE BLOXSOM 65 S. GRAND AVE., FIRST FLOOR  PASADENA CA 91105  (626) 304-1382

BAA                                          TEEA0106L 12/31/18                                          Form **990** (2018)

Form 990 (2018)    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1 a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of 'key employee.'

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) LUCA DOTTI | 1 | | | | | | | | | |
| CHAIRMAN | 0 | X | | | | | | 0. | 0. | 0. |
| (2) PAUL G. ALBERGHETTI | 5 | | | | | | | | | |
| SECRETARY/TREAS | 0 | X | | X | | | | 0. | 0. | 0. |
| (3) ELLEN FONTANA | 40 | | | | | | | | | |
| EXECUTIVE DIR. | 0 | X | | X | | | | 31,824. | 0. | 2,836. |
| (4) NICOLE SLOVINSKY | 40 | | | | | | | | | |
| EXECUTIVE ASSISTANT | 0 | | | | X | | | 26,496. | 0. | 6,609. |
| (5) | | | | | | | | | | |
| (6) | | | | | | | | | | |
| (7) | | | | | | | | | | |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

BAA                                    TEEA0107L    08/03/18                                    Form **990** (2018)

Form 990 (2018) HOLLYWOOD FOR CHILDREN, INC.                                13-3749705            Page **8**

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organiza- tions below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |
| **1 b** Sub-total ▶ | | | | | | | | 58,320. | 0. | 9,445. |
| **c** Total from continuation sheets to Part VII, Section A ▶ | | | | | | | | 0. | 0. | 0. |
| **d** Total (add lines 1b and 1c) ▶ | | | | | | | | 58,320. | 0. | 9,445. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶   0

|  | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If 'Yes,' complete Schedule J for such individual* | **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If 'Yes,' complete Schedule J for such individual* | **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If 'Yes,' complete Schedule J for such person* | **5** | | X |

**Section B. Independent Contractors**

**1**   Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| THEODORA ORINGER PC  1840 CENTURY PARK EAST #500  LOS ANGELES , CA 9 | LEGAL | 295,000. |
| FREEMAN, FREEMAN & SMILELY LLP 1888 CENTURY PARK EAST, #1900 LOS ANG | LEGAL | 120,000. |
| | | |
| | | |

**2**   Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶   2

BAA                        TEEA0108L  08/03/18                        Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                    13-3749705            Page **9**

| Part VIII | Statement of Revenue |

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | (A)<br>Total revenue | (B)<br>Related or<br>exempt<br>function<br>revenue | (C)<br>Unrelated<br>business<br>revenue | (D)<br>Revenue<br>excluded from tax<br>under sections<br>512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns | **1a** | | | | |
| | **b** Membership dues | **1b** | | | | |
| | **c** Fundraising events | **1c** | | | | |
| | **d** Related organizations | **1d** | | | | |
| | **e** Government grants (contributions) | **1e** | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | 31,915. | | | |
| | **g** Noncash contributions included in lines 1a-1f: $ | 10,000. | | | | |
| | **h Total.** Add lines 1a-1f ▶ | | 31,915. | | | |
| **Program Service Revenue** | **2a** CHINA EXHIBIT | Business Code | 292,517. | 292,517. | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g Total.** Add lines 2a-2f ▶ | | 292,517. | | | |
| **Other Revenue** | **3** Investment income (including dividends, interest and other similar amounts) ▶ | | | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | **5** Royalties ▶ | | | | | |
| | | (i) Real | (ii) Personal | | | |
| | **6a** Gross rents | | | | | |
| | **b** Less: rental expenses | | | | | |
| | **c** Rental income or (loss) | | | | | |
| | **d** Net rental income or (loss) ▶ | | | | | |
| | | (i) Securities | (ii) Other | | | |
| | **7a** Gross amount from sales of assets other than inventory | | | | | |
| | **b** Less: cost or other basis and sales expenses | | | | | |
| | **c** Gain or (loss) | | | | | |
| | **d** Net gain or (loss) ▶ | | | | | |
| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 | **a** | | | | |
| | **b** Less: direct expenses | **b** | | | | |
| | **c** Net income or (loss) from fundraising events ▶ | | | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 | **a** | | | | |
| | **b** Less: direct expenses | **b** | | | | |
| | **c** Net income or (loss) from gaming activities ▶ | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances | **a** | | | | |
| | **b** Less: cost of goods sold | **b** | | | | |
| | **c** Net income or (loss) from sales of inventory ▶ | | | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** | | | | | |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** All other revenue | | | | | |
| | **e Total.** Add lines 11a-11d ▶ | | | | | |
| | **12 Total revenue.** See instructions ▶ | | 324,432. | 292,517. | 0. | 0. |

BAA                                    TEEA0109L  08/03/18                    Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                          13-3749705        Page **10**

**Part IX** | **Statement of Functional Expenses**

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX ...........

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1 Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| 2 Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| 3 Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| 4 Benefits paid to or for members | | | | |
| 5 Compensation of current officers, directors, trustees, and key employees | 51,696. | 38,772. | 5,170. | 7,754. |
| 6 Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | 0. | 0. | 0. | 0. |
| 7 Other salaries and wages | 41,979. | 31,484. | 4,198. | 6,297. |
| 8 Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| 9 Other employee benefits | 10,732. | 8,049. | 1,073. | 1,610. |
| 10 Payroll taxes | 7,796. | 5,847. | 780. | 1,169. |
| 11 Fees for services (non-employees): | | | | |
| a Management | | | | |
| b Legal | 913,971. | 29,546. | 872,606. | 11,819. |
| c Accounting | 4,338. | | 4,338. | |
| d Lobbying | | | | |
| e Professional fundraising services. See Part IV, line 17 | | | | |
| f Investment management fees | | | | |
| g Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | | | | |
| 12 Advertising and promotion | | | | |
| 13 Office expenses | 1,746. | 1,309. | 262. | 175. |
| 14 Information technology | 12,555. | 9,416. | 1,256. | 1,883. |
| 15 Royalties | | | | |
| 16 Occupancy | 11,688. | 8,766. | 1,753. | 1,169. |
| 17 Travel | 195. | 156. | 29. | 10. |
| 18 Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| 19 Conferences, conventions, and meetings | 207. | 155. | 31. | 21. |
| 20 Interest | 584. | 468. | 58. | 58. |
| 21 Payments to affiliates | | | | |
| 22 Depreciation, depletion, and amortization | | | | |
| 23 Insurance | 13,133. | 9,850. | 1,970. | 1,313. |
| 24 Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a EXHIBIT EXPENSES | 35,906. | 35,906. | | |
| b BAD DEBT | 11,076. | 11,076. | | |
| c STORAGE | 9,377. | 7,970. | 938. | 469. |
| d MISCELLANEOUS | 3,816. | 375. | 3,391. | 50. |
| e All other expenses | 8,801. | 6,775. | 1,231. | 795. |
| 25 Total functional expenses. Add lines 1 through 24e | 1,139,596. | 205,920. | 899,084. | 34,592. |
| 26 Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ► ☐ if following SOP 98-2 (ASC 958-720). | | | | |

BAA                              TEEA0110L  08/03/18                    Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                    13-3749705        Page 11

| Part X | Balance Sheet |

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

|  |  | | (A)<br>Beginning of year | | (B)<br>End of year |
|---|---|---|---|---|---|
| Assets | 1 | Cash — non-interest-bearing | 48,789. | 1 | 41,423. |
| | 2 | Savings and temporary cash investments | | 2 | |
| | 3 | Pledges and grants receivable, net | | 3 | |
| | 4 | Accounts receivable, net | 11,074. | 4 | |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L | | 5 | |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions). Complete Part II of Schedule L | | 6 | |
| | 7 | Notes and loans receivable, net | | 7 | |
| | 8 | Inventories for sale or use | 2,811. | 8 | 2,811. |
| | 9 | Prepaid expenses and deferred charges | 1,500. | 9 | |
| | 10a | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D  **10a** 26,505. | | | |
| | b | Less: accumulated depreciation  **10b** 26,505. | | 10c | |
| | 11 | Investments — publicly traded securities | | 11 | |
| | 12 | Investments — other securities. See Part IV, line 11 | | 12 | |
| | 13 | Investments — program-related. See Part IV, line 11 | | 13 | |
| | 14 | Intangible assets | | 14 | |
| | 15 | Other assets. See Part IV, line 11 | 4,113. | 15 | 4,113. |
| | 16 | Total assets. Add lines 1 through 15 (must equal line 34) | 68,287. | 16 | 48,347. |
| Liabilities | 17 | Accounts payable and accrued expenses | 21,260. | 17 | 336,527. |
| | 18 | Grants payable | | 18 | |
| | 19 | Deferred revenue | 292,517. | 19 | |
| | 20 | Tax-exempt bond liabilities | | 20 | |
| | 21 | Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L | 266,743. | 22 | 1,039,217. |
| | 23 | Secured mortgages and notes payable to unrelated third parties | | 23 | |
| | 24 | Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | | 25 | |
| | 26 | Total liabilities. Add lines 17 through 25 | 580,520. | 26 | 1,375,744. |
| Net Assets or Fund Balances | | **Organizations that follow SFAS 117 (ASC 958), check here ▶ [X] and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | 27 | Unrestricted net assets | -512,233. | 27 | -1,327,397. |
| | 28 | Temporarily restricted net assets | | 28 | |
| | 29 | Permanently restricted net assets | | 29 | |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ □ and complete lines 30 through 34.** | | | |
| | 30 | Capital stock or trust principal, or current funds | | 30 | |
| | 31 | Paid-in or capital surplus, or land, building, or equipment fund | | 31 | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds | | 32 | |
| | 33 | Total net assets or fund balances | -512,233. | 33 | -1,327,397. |
| | 34 | Total liabilities and net assets/fund balances | 68,287. | 34 | 48,347. |

BAA                                    TEEA0111L  08/03/18                                    Form **990** (2018)

Form 990 (2018)   HOLLYWOOD FOR CHILDREN, INC.                                13-3749705          Page **12**

| Part XI | Reconciliation of Net Assets |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . . . . . . ☐

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . . . . . | 1 | 324,432. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . . . . . . | 2 | 1,139,596. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . | 3 | -815,164. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . . . | 4 | -512,233. |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . . . . . . . | 5 | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . . . . . | 9 | 0. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10 | -1,327,397. |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:  ☐ Cash  ☒ Accrual  ☐ Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked 'Other,' explain in Schedule O. | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . . . | 2a | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| b | Were the organization's financial statements audited by an independent accountant? . . . . . . . . . . . | 2b | X |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both:  ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | |
| c | If 'Yes' to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? . . . . . . . . | 2c | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3a | X |
| b | If 'Yes,' did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits . . . . . . . . . . | 3b | |

BAA                              TEEA0112L  08/03/18                              Form **990** (2018)

| **SCHEDULE A**<br>(Form 990 or 990-EZ)<br><br>Department of the Treasury<br>Internal Revenue Service | **Public Charity Status and Public Support**<br>Complete if the organization is a section 501(c)(3) organization or a section<br>4947(a)(1) nonexempt charitable trust.<br>► Attach to Form 990 or Form 990-EZ.<br>► Go to *www.irs.gov/Form990* for instructions and the latest information. | OMB No. 1545-0047<br>**2018**<br>**Open to Public<br>Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

| **Part I** | **Reason for Public Charity Status** (All organizations must complete this part.) See instructions. |
|---|---|

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1 ☐ A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2 ☐ A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ).)

3 ☐ A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4 ☐ A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6 ☐ A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7 ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8 ☐ A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9 ☐ An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10 ☐ An organization that normally receives: (1) more than 33-1/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 33-1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11 ☐ An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12 ☐ An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a ☐ **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b ☐ **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c ☐ **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d ☐ **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e ☐ Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f Enter the number of supported organizations .................

g Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| **Total** | | | | | | |

BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.        Schedule A (Form 990 or 990-EZ) 2018

TEEA0401L   06/07/18

Schedule A (Form 990 or 990-EZ) 2018    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page **2**

## Part II | Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') | 67,818. | 7,711. | 10,240. | 12,987. | 31,915. | 130,671. |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | 0. |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | 0. |
| 4 **Total.** Add lines 1 through 3 | 67,818. | 7,711. | 10,240. | 12,987. | 31,915. | 130,671. |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | 38,408. |
| 6 **Public support.** Subtract line 5 from line 4 | | | | | | 92,263. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | 67,818. | 7,711. | 10,240. | 12,987. | 31,915. | 130,671. |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | 0. |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | 0. |
| 10 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) SEE PART VI | 326,991. | 194,701. | 10,000. | 60,000. | | 591,692. |
| 11 **Total support.** Add lines 7 through 10 | | | | | | 722,363. |
| 12 Gross receipts from related activities, etc. (see instructions) | | | | | 12 | 0. |
| 13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here | | | | | | ▶ ☐ |

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2018 (line 6, column (f) divided by line 11, column (f)) | 14 | 12.77 % |
| 15 Public support percentage from 2017 Schedule A, Part II, line 14 | 15 | 12.90 % |

**16a 33-1/3% support test—2018.** If the organization did not check the box on line 13, and line 14 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**b 33-1/3% support test—2017.** If the organization did not check a box on line 13 or 16a, and line 15 is 33-1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

**17a 10%-facts-and-circumstances test—2018.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization ▶ ☒

**b 10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the 'facts-and-circumstances' test, check this box and **stop here.** Explain in Part VI how the organization meets the 'facts-and-circumstances' test. The organization qualifies as a publicly supported organization ▶ ☐

**18 Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

BAA    Schedule A (Form 990 or 990-EZ) 2018

TEEA0402L  06/07/18

Schedule A (Form 990 or 990-EZ) 2018   HOLLYWOOD FOR CHILDREN, INC.      13-3749705        Page **3**

| **Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)** |
|---|---|

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received. (Do not include any 'unusual grants.') | | | | | | |
| 2 Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| 3 Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| 4 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 5 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 6 **Total.** Add lines 1 through 5 | | | | | | |
| 7a Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| b Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c Add lines 7a and 7b | | | | | | |
| 8 **Public support.** (Subtract line 7c from line 6.) | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2014 | (b) 2015 | (c) 2016 | (d) 2017 | (e) 2018 | (f) Total |
|---|---|---|---|---|---|---|
| 9 Amounts from line 6 | | | | | | |
| 10a Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources | | | | | | |
| b Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| c Add lines 10a and 10b | | | | | | |
| 11 Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| 12 Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) | | | | | | |
| 13 **Total support.** (Add lines 9, 10c, 11, and 12.) | | | | | | |

**14 First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** ................................................................................ ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 15 Public support percentage for 2018 (line 8, column (f), divided by line 13, column (f)) | **15** | % |
| 16 Public support percentage from 2017 Schedule A, Part III, line 15 | **16** | % |

## Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| 17 Investment income percentage for **2018** (line 10c, column (f), divided by line 13, column (f)) | **17** | % |
| 18 Investment income percentage from **2017** Schedule A, Part III, line 17 | **18** | % |

**19a 33-1/3% support tests—2018.** If the organization did not check the box on line 14, and line 15 is more than 33-1/3%, and line 17 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization ........... ▶ ☐

  **b 33-1/3% support tests—2017.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33-1/3%, and line 18 is not more than 33-1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization .. ▶ ☐

**20 Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions ............ ▶ ☐

BAA                                  TEEA0403L  06/07/18                    Schedule A (Form 990 or 990-EZ) 2018

Schedule A (Form 990 or 990-EZ) 2018   HOLLYWOOD FOR CHILDREN, INC.   13-3749705   Page **4**

| **Part IV** | **Supporting Organizations** |

(Complete only if you checked a box in line 12 on Part I. If you checked 12a of Part I, complete Sections A and B. If you checked 12b of Part I, complete Sections A and C. If you checked 12c of Part I, complete Sections A, D, and E. If you checked 12d of Part I, complete Sections A and D, and complete Part V.)

## Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If 'No,' describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If 'Yes,' explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If 'Yes,' answer (b) and (c) below.* **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If 'Yes,' describe in **Part VI** when and how the organization made the determination.* **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If 'Yes,' explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** | | |
| **4a** | Was any supported organization not organized in the United States ('foreign supported organization')? *If 'Yes' and if you checked 12a or 12b in Part I, answer (b) and (c) below.* **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If 'Yes,' describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If 'Yes,' explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If 'Yes,' answer (b) and (c) below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If 'Yes,' provide detail in **Part VI**.* **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If 'Yes,' complete Part I of Schedule L (Form 990 or 990-EZ).* **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If 'Yes,' complete Part I of Schedule L (Form 990 or 990-EZ).* **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If 'Yes,' provide detail in **Part VI**.* **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If 'Yes,' provide detail in **Part VI**.* **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If 'Yes,' provide detail in **Part VI**.* **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If 'Yes,' answer 10b below.* **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* **10b** | | |

BAA                    TEEA0404L  06/07/18                    Schedule A (Form 990 or 990-EZ) 2018

Schedule A (Form 990 or 990-EZ) 2018    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page 5

| Part IV | Supporting Organizations *(continued)* |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? | 11a | |
| **b** | A family member of a person described in (a) above? | 11b | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If 'Yes' to a, b, or c, provide detail in Part VI.* | 11c | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If 'No,' describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* | 1 | |
| 2 | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If 'Yes,' explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* | 2 | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If 'No,' describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* | 1 | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| 1 | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? | 1 | |
| 2 | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If 'No,' explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* | 2 | |
| 3 | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If 'Yes,' describe in Part VI the role the organization's supported organizations played in this regard.* | 3 | |

### Section E. Type III Functionally Integrated Supporting Organizations

| 1 | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year* **(see instructions).** |
|---|---|
| **a** | ☐ The organization satisfied the Activities Test. *Complete line 2 below.* |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete line 3 below.* |
| **c** | ☐ The organization supported a governmental entity. *Describe in Part VI how you supported a government entity (see instructions).* |

| | | Yes | No |
|---|---|---|---|
| 2 | **Activities Test. *Answer (a) and (b) below.*** | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If 'Yes,' then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* | 2a | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If 'Yes,' explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* | 2b | |
| 3 | **Parent of Supported Organizations. *Answer (a) and (b) below.*** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* | 3a | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If 'Yes,' describe in Part VI the role played by the organization in this regard.* | 3b | |

Schedule A (Form 990 or 990-EZ) 2018   HOLLYWOOD FOR CHILDREN, INC.   13-3749705   Page **6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |
|---|---|

1 ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 (explain in Part VI). **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

## Section A — Adjusted Net Income

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3. | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

## Section B — Minimum Asset Amount

| | | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| a | Average monthly value of securities | 1a | | |
| b | Average monthly cash balances | 1b | | |
| c | Fair market value of other non-exempt-use assets | 1c | | |
| d | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e | **Discount** claimed for blockage or other factors (explain in detail in **Part VI**): | | | |
| 2 | Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| 3 | Subtract line 2 from line 1d. | 3 | | |
| 4 | Cash deemed held for exempt use. Enter 1-1/2% of line 3 (for greater amount, see instructions). | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by .035. | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

## Section C — Distributable Amount

| | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | |
| 2 | Enter 85% of line 1. | 2 | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | |
| 4 | Enter greater of line 2 or line 3. | 4 | |
| 5 | Income tax imposed in prior year | 5 | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | |

7 ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

BAA

Schedule A (Form 990 or 990-EZ) 2018

Schedule A (Form 990 or 990-EZ) 2018   HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page **7**

| Part V | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations *(continued)* |
|---|---|

**Section D — Distributions**

| | | Current Year |
|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations. in excess of income from activity | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| 4 | Amounts paid to acquire exempt-use assets | |
| 5 | Qualified set-aside amounts (prior IRS approval required) | |
| 6 | Other distributions (describe in **Part VI**). See instructions. | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**). See instructions. | |
| 9 | Distributable amount for 2018 from Section C, line 6 | |
| 10 | Line 8 amount divided by line 9 amount | |

| **Section E — Distribution Allocations (see instructions)** | (i) Excess Distributions | (ii) Underdistributions Pre-2018 | (iii) Distributable Amount for 2018 |
|---|---|---|---|
| 1 | Distributable amount for 2018 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2018 (reasonable cause required — explain in Part VI). See instructions. | | | |
| 3 | Excess distributions carryover, if any, to 2018 | | | |
| **a** From 2013 . . . . . . . . | | | |
| **b** From 2014 . . . . . . . . | | | |
| **c** From 2015 . . . . . . . . | | | |
| **d** From 2016 . . . . . . . . | | | |
| **e** From 2017 . . . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2018 distributable amount | | | |
| **i** Carryover from 2013 not applied (see instructions) | | | |
| **j** Remainder. Subtract lines 3g, 3h, and 3i from 3f. | | | |
| 4 | Distributions for 2018 from Section D, line 7: $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2018 distributable amount | | | |
| **c** Remainder. Subtract lines 4a and 4b from 4. | | | |
| 5 | Remaining underdistributions for years prior to 2018, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, explain in Part VI. See instructions. | | | |
| 6 | Remaining underdistributions for 2018. Subtract lines 3h and 4b from line 1. For result greater than zero, explain in Part VI. See instructions. | | | |
| 7 | **Excess distributions carryover to 2019.** Add lines 3j and 4c. | | | |
| 8 | Breakdown of line 7: | | | |
| **a** Excess from 2014 . . . . . . | | | |
| **b** Excess from 2015 . . . . . . | | | |
| **c** Excess from 2016 . . . . . . | | | |
| **d** Excess from 2017 . . . . . . | | | |
| **e** Excess from 2018 . . . . . . | | | |

BAA

Schedule A (Form 990 or 990-EZ) 2018

Schedule A (Form 990 or 990-EZ) 2018   HOLLYWOOD FOR CHILDREN, INC.   13-3749705   Page **8**

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b;Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |

## PART II, LINE 10 - OTHER INCOME

| NATURE AND SOURCE | 2018 | 2017 | 2016 | 2015 | 2014 |
|---|---|---|---|---|---|
| ROYALTY | | | $ 10,000. | $ 185,701. | $ 212,145. |
| SPECIAL EVENT | | | | 9,000. | 114,846. |
| SALE OF NON INVENTORIED ART WORK | | $ 60,000. | | | |
| TOTAL | $ 0. | $ 60,000. | $ 10,000. | $ 194,701. | $ 326,991. |

## ADDITIONAL EXPLANATION OF OTHER INCOME

ROYALTY, EVENT, SALE OF ART WORK INCOME

## ADDITIONAL SUPPLEMENTAL INFORMATION

HOLLYWOOD FOR CHILDREN, INC. ("HFC") PROVIDES THE FOLLOWING EVIDENCE THAT IT MEETS THE

"ATTRACTION OF PUBLIC SUPPORT" AND "MULTI-FACTOR ANALYSIS" REQUIREMENTS IN CONNECTION

WITH THE FACTS AND CIRCUMSTANCES TEST.

ATTRACTION OF PUBLIC SUPPORT

HFC IS ORGANIZED AND OPERATED TO ATTRACT NEW AND ADDITIONAL PUBLIC SUPPORT ON A

CONTINUOUS BASIS.  IN FY 2019, HFC RECEIVED SUPPORT FROM APPROXIMATELY 57

INDEPENDENT DONORS. IN ADDITION, HFC HAD DEVELOPMENT EMPLOYEES AND PROFESSIONALS IN

FY 2019, INCLUDING THE SECRETARY OF THE BOARD OF DIRECTORS.  HFC SPENT APPROXIMATELY

$34,600 ON FUNDRAISING AND DEVELOPMENT IN FY 2019, OR APPROXIMATELY 4% OF ITS TOTAL

EXPENDITURES.

MULTI-FACTOR ANALYSIS

Schedule A (Form 990 or 990-EZ) 2018    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page **8**

| Part VI | Supplemental Information. Provide the explanations required by Part II, line 10; Part II, line 17a or 17b;Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a, and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.) |
|---|---|

### ADDITIONAL SUPPLEMENTAL INFORMATION (CONTINUED)

PERCENTAGE OF FINANCIAL SUPPORT-

HFC'S PUBLIC SUPPORT PERCENTAGE WAS APPROXIMATELY 13% IN FY 2019.  IN DECEMBER OF

2019 HFC'S MANAGEMENT AND BOARD OF DIRECTORS CLOSED DOWN THE WEBSITE AND HAVE STOPPED

SOLICITING CONTRIBUTIONS AS IT IS LIKELY THEY WILL CEASE OPERTIONS DURING THE NEXT

FISCAL YEAR.


SOURCES OF SUPPORT-

AS DESCRIBED ABOVE, HFC HAD APPROXIMATELY 57 INDEPENDENT DONORS IN FY 2019.  HFC'S

DONORS ARE FROM DIFFERENT GEOGRAPHICAL AREAS INCLUDING THE EAST AND WEST COASTS OF

THE UNITED STATES, JAPAN, AND THE UNITED KINGDOM.



REPRESENTATIVE GOVERNING BODY-

HFC'S BOARD OF DIRECTORS CONSISTS OF 3 MEMBERS, 1 OF WHICH ARE INDEPENDENT OF THE

ORGANIZATION, ARE NOT OFFICERS OR EMPLOYEES AND RECEIVE NO REMUNERATION FOR THEIR

SERVICE.  THE BOARD OF DIRECTORS CONSISTS OF A VARIED GROUP OF INDIVIDUALS WHOSE

EXPERIENCE AND INSIGHT HELP GUIDE THE VISION OF HFC.



ADDITIONAL FACTORS FOR MEMBERSHIP ORGANIZATIONS-

HFC IS NOT A MEMBERSHIP ORGANIZATION.

| Schedule B<br>(Form 990, 990-EZ,<br>or 990-PF)<br><br>Department of the Treasury<br>Internal Revenue Service | **Schedule of Contributors**<br><br>► Attach to Form 990, Form 990-EZ, or Form 990-PF.<br>► Go to *www.irs.gov/Form990* for the latest information. | OMB No. 1545-0047<br><br>**2018** |

| Name of the organization | Employer identification number |
|---|---|
| HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

**Organization type** (check one):

**Filers of:**      **Section:**

Form 990 or 990-EZ

     [X] 501(c)( 3 ) (enter number) organization

     [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

     [ ] 527 political organization

Form 990-PF

     [ ] 501(c)(3) exempt private foundation

     [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

     [ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[X] For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[ ] For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33-1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990 or 990-EZ), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of (1) $5,000; or (2) 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Part I (entering 'N/A' in column (b) instead of the contributor name and address), II, and III.

[ ] For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year ... ► $

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990, 990-EZ, or 990-PF), but it **must** answer 'No' on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).

BAA  For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.      Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

| Name of organization | | | 1 | 1 | Page **2** |
|---|---|---|---|---|---|

**HOLLYWOOD FOR CHILDREN, INC.**

Employer identification number

13-3749705

**Part I** **Contributors** (see instructions). Use duplicate copies of Part I if additional space is needed.

| (a) Number | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | RICHARD AVEDON STUDIOS<br>407 EAST 75TH STREET<br>NEW YORK, NY 10021 | $ 10,000. | Person ☐<br>Payroll ☐<br>Noncash ☒<br>(Complete Part II for noncash contributions.) |
| 2 | LAZYINK<br>GERRIT VD VEENSTRAAT 124-2<br>AMSTERDAM, AMSTERDAM 1077ER NETHERLANDS | $ 5,000. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 3 | J.MEDEIROS<br>5415 CONNECTICUT AVE<br>WASHINGTON , DC 20015 | $ 8,064. | Person ☒<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

BAA

TEEA0702L  09/20/18

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)                                    1      1      Page **3**

| Name of organization | Employer identification number |
|---|---|
| HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

**Part II**  **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 1 | AVEDON PHOTO | $ 10,000. | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

BAA                                                    Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

TEEA0703L   09/20/18

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

| | | 1 | 1 | Page **4** |

| Name of organization | Employer identification number |
|---|---|
| HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

**Part III** | ***Exclusively*** **religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8),**
**or (10) that total more than $1,000 for the year from any one contributor.** Complete columns (a) through (e) and
the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc.,
contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.) ........ ▶ $ _ _ _ _ _ _ _ _ N/A

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| | | | |
| | | | |

| (e) Transfer of gift | |
|---|---|
| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
| | |
| | |

BAA

TEEA0704L  09/20/18

Schedule B (Form 990, 990-EZ, or 990-PF) (2018)

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

## Supplemental Financial Statements

► Complete if the organization answered 'Yes' on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
► Attach to Form 990.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2018**

**Open to Public Inspection**

Name of the organization

HOLLYWOOD FOR CHILDREN, INC.

Employer identification number

13-3749705

---

| **Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? ☐ Yes ☐ No

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? ☐ Yes ☐ No

---

| **Part II** | **Conservation Easements.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of a historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| **a** | Total number of conservation easements | 2a |
| **b** | Total acreage restricted by conservation easements | 2b |
| **c** | Number of conservation easements on a certified historic structure included in (a) | 2c |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ►

**4** Number of states where property subject to conservation easement is located ►

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? ☐ Yes ☐ No

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► 

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
► $

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? ☐ Yes ☐ No

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

---

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 8.

**1 a** If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 ► $

(ii) Assets included in Form 990, Part X ► $

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 ► $

**b** Assets included in Form 990, Part X ► $

---

**BAA   For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   TEEA3301L   10/10/18   **Schedule D (Form 990) 2018**

Schedule D (Form 990) 2018   HOLLYWOOD FOR CHILDREN, INC.                    13-3749705        Page 2

## Part III   Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

3   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a ☐ Public exhibition                                d ☐ Loan or exchange programs

b ☐ Scholarly research                               e ☐ Other _____

c ☐ Preservation for future generations

4   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

5   During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? .................... ☐ Yes  ☐ No

## Part IV   Escrow and Custodial Arrangements. Complete if the organization answered 'Yes' on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

1a  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? ...................................................................................... ☐ Yes  ☐ No

b  If 'Yes,' explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| c Beginning balance | 1c | |
| d Additions during the year | 1d | |
| e Distributions during the year | 1e | |
| f Ending balance | 1f | |

2a  Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ........ ☐ Yes  ☐ No

b  If 'Yes,' explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ............ ☐

## Part V   Endowment Funds. Complete if the organization answered 'Yes' on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| 1a Beginning of year balance | | | | | |
| b Contributions | | | | | |
| c Net investment earnings, gains, and losses | | | | | |
| d Grants or scholarships | | | | | |
| e Other expenditures for facilities and programs | | | | | |
| f Administrative expenses | | | | | |
| g End of year balance | | | | | |

2   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

a  Board designated or quasi-endowment ► _____ %

b  Permanent endowment ► _____ %

c  Temporarily restricted endowment ► _____ %

The percentages on lines 2a, 2b, and 2c should equal 100%.

3a  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| (i) unrelated organizations | 3a(i) | | |
| (ii) related organizations | 3a(ii) | | |
| b If 'Yes' on line 3a(ii), are the related organizations listed as required on Schedule R? | 3b | | |

4   Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI   Land, Buildings, and Equipment.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| 1a Land | | | | |
| b Buildings | | | | |
| c Leasehold improvements | | 4,275. | 4,275. | 0. |
| d Equipment | | 9,313. | 9,313. | 0. |
| e Other | | 12,917. | 12,917. | 0. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ► | | | | 0. |

BAA                                                                    Schedule D (Form 990) 2018

Schedule D (Form 990) 2018  HOLLYWOOD FOR CHILDREN, INC.                    13-3749705          Page 3

## Part VII | Investments — Other Securities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

N/A

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 12.) ▶ | | |

## Part VIII | Investments — Program Related.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

N/A

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 13.) ▶ | | |

## Part IX | Other Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) OTHER ASSETS | 2,258. |
| (2) SECURITY DEPOSITS | 1,855. |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 15.) ▶ | 4,113. |

## Part X | Other Liabilities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| (11) | |
| Total. (Column (b) must equal Form 990, Part X, column (B) line 25.) ▶ | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □

BAA                                    TEEA3303L  10/10/18                    Schedule D (Form 990) 2018

Schedule D (Form 990) 2018  HOLLYWOOD FOR CHILDREN, INC.                    13-3749705              Page **4**

| Part XI | Reconciliation of Revenue per Audited Financial Statements With Revenue per Return. N/A |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | | |
| **b** | Donated services and use of facilities | **2b** | | |
| **c** | Recoveries of prior year grants | **2c** | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | |
| **e** | Add lines 2a through 2d | | **2e** | |
| 3 | Subtract line 2e from line 1 | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | |
| **c** | Add lines 4a and 4b | | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* | | **5** | |

| Part XII | Reconciliation of Expenses per Audited Financial Statements With Expenses per Return. N/A |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | | |
|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities | **2a** | | |
| **b** | Prior year adjustments | **2b** | | |
| **c** | Other losses | **2c** | | |
| **d** | Other (Describe in Part XIII.) | **2d** | | |
| **e** | Add lines 2a through 2d | | **2e** | |
| 3 | Subtract line 2e from line 1 | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | | |
| **b** | Other (Describe in Part XIII.) | **4b** | | |
| **c** | Add lines 4a and 4b | | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* | | **5** | |

| Part XIII | Supplemental Information. |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V,
line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

BAA                                                              Schedule D (Form 990) 2018

TEEA3304L  10/10/18

**SCHEDULE F**
(Form 990)

Department of the Treasury
Internal Revenue Service

Name of the organization

## Statement of Activities Outside the United States
► Complete if the organization answered 'Yes' on Form 990, Part IV, line 14b, 15, or 16.
► Attach to Form 990.

► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

## 2018

Open to Public
Inspection

HOLLYWOOD FOR CHILDREN, INC.

Employer identification number

13-3749705

| **Part I** | **General Information on Activities Outside the United States.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 14b. |

1   **For grantmakers.** Does the organization maintain records to substantiate the amount of its grants and other assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance?  ☐ Yes  ☐ No

2   **For grantmakers.** Describe in Part V the organization's procedures for monitoring the use of its grants and other assistance outside the United States.

3   Activities per Region. (The following Part I, line 3 table can be duplicated if additional space is needed.)

| (a) Region | (b) Number of offices in the region | (c) Number of employees, agents, and independent contractors in the region | (d) Activities conducted in the region (by type) (such as, fundraising, program services, investments, grants to recipients located in the region) | (e) If activity listed in (d) is a program service, describe specific type of service(s) in the region | (f) Total expenditures for and investments in the region |
|---|---|---|---|---|---|
| (1) CHINA | | 1 | EXHIBIT | EXHIBIT | 35,906. |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |
| (8) | | | | | |
| (9) | | | | | |
| (10) | | | | | |
| (11) | | | | | |
| (12) | | | | | |
| (13) | | | | | |
| (14) | | | | | |
| (15) | | | | | |
| (16) | | | | | |
| (17) | | | | | |
| **3 a** Subtotal | | 1 | | | 35,906. |
| **b** Total from continuation sheets to Part I | | | | | |
| **c** Totals (add lines 3a and 3b) | 0 | 1 | | | 35,906. |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule F (Form 990) 2018

TEEA3601L  11/02/18

Schedule F (Form 990) 2018    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page 2

**Part II** | **Grants and Other Assistance to Organizations or Entities Outside the United States.** Complete if the organization answered "Yes" on Form 990, Part IV, line 15, for any recipient who received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 | (a) Name of organization | (b) IRS code section and EIN (if applicable) | (c) Region | (d) Purpose of grant | (e) Amount of cash grant | (f) Manner of cash disbursement | (g) Amount of noncash assistance | (h) Description of noncash assistance | (i) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**2** Enter total number of recipient organizations listed above that are recognized as charities by the foreign country, recognized as tax-exempt by the IRS, or for which the grantee or counsel has provided a section 501(c)(3) equivalency letter ............................................................ ▲    0

**3** Enter total number of other organizations or entities ................................................................................. ▲    0

BAA    Schedule F (Form 990) 2018

TEEA3502L  11/02/18

Schedule F (Form 990) 2018    HOLLYWOOD FOR CHILDREN, INC.    13-3749705    Page 3

**Part III** | **Grants and Other Assistance to Individuals Outside the United States.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 16. Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Region | (c) Number of recipients | (d) Amount of cash grant | (e) Manner of cash disbursement | (f) Amount of noncash assistance | (g) Description of noncash assistance | (h) Method of valuation (book, FMV, appraisal, other) |
|---|---|---|---|---|---|---|---|
| (1) | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |
| (13) | | | | | | | |
| (14) | | | | | | | |
| (15) | | | | | | | |
| (16) | | | | | | | |
| (17) | | | | | | | |
| (18) | | | | | | | |

BAA    TEEA3503L    11/07/18    Schedule F (Form 990) 2018

Schedule F (Form 990) 2018   HOLLYWOOD FOR CHILDREN, INC.                    13-3749705        Page **4**

| **Part IV** | **Foreign Forms** |

1  Was the organization a U.S. transferor of property to a foreign corporation during the tax year? *If 'Yes,' the organization may be required to file Form 926, Return by a U.S. Transferor of Property to a Foreign Corporation (see Instructions for Form 926)* ........................................................ ☐ Yes   ☒ No

2  Did the organization have an interest in a foreign trust during the tax year? *If 'Yes,' the organization may be required to separately file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts, and/or Form 3520-A, Annual Information Return of Foreign Trust With a U.S. Owner (see Instructions for Forms 3520 and 3520-A; don't file with Form 990)* ................................ ☐ Yes   ☒ No

3  Did the organization have an ownership interest in a foreign corporation during the tax year? *If 'Yes,' the organization may be required to file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations (see Instructions for Form 5471)* ............................................ ☐ Yes   ☒ No

4  Was the organization a direct or indirect shareholder of a passive foreign investment company or a qualified electing fund during the tax year? *If 'Yes,' the organization may be required to file Form 8621, Information Return by a Shareholder of a Passive Foreign Investment Company or Qualified Electing Fund (see Instructions for Form 8621)* ............................................................ ☐ Yes   ☒ No

5  Did the organization have an ownership interest in a foreign partnership during the tax year? *If 'Yes,' the organization may be required to file Form 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships (see Instructions for Form 8865)* ...................................................... ☐ Yes   ☒ No

6  Did the organization have any operations in or related to any boycotting countries during the tax year? *If 'Yes,' the organization may be required to separately file Form 5713, International Boycott Report (see Instructions for Form 5713; don't file with Form 990)* .................................................. ☐ Yes   ☒ No

BAA                                   TEEA3505L  11/02/18                      Schedule F (Form 990) 2018

Schedule F (Form 990) 2018   HOLLYWOOD FOR CHILDREN, INC.                    13-3749705           Page 5

| Part V | Supplemental Information |
|---|---|

Provide the information required by Part I, line 2 (monitoring of funds); Part I, line 3, column (f)
(accounting method; amounts of investments vs. expenditures per region); Part II, line 1 (accounting
method); Part III (accounting method); and Part III, column (c) (estimated number of recipients), as
applicable. Also complete this part to provide any additional information. See instructions.

**SCHEDULE L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Transactions With Interested Persons

► Complete if the organization answered 'Yes' on Form 990, Part IV, line 25a, 25b, 26, 27, 28a,
28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.
► Attach to Form 990 or Form 990-EZ.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2018**

**Open To Public Inspection**

Name of the organization: HOLLYWOOD FOR CHILDREN, INC.

Employer identification number: 13-3749705

## Part I  Excess Benefit Transactions (section 501(c)(3), section 501(c)(4), and 501(c)(29) organizations only).
Complete if the organization answered 'Yes' on Form 990, Part IV, line 25a or 25b, or Form 990-EZ, Part V, line 40b.

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? Yes | No |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |

2  Enter the amount of tax incurred by the organization managers or disqualified persons during the year under section 4958 .................................................................... ►$ _____

3  Enter the amount of tax, if any, on line 2, above, reimbursed by the organization ..................... ►$ _____

## Part II  Loans to and/or From Interested Persons.
Complete if the organization answered 'Yes' on Form 990-EZ, Part V, line 38a or Form 990, Part IV, line 26; or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22.

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? To | From | (e) Original principal amount | (f) Balance due | (g) In default? Yes | No | (h) Approved by board or committee? Yes | No | (i) Written agreement? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) LUCA DOTTI | FORMER/CUR | GENERAL PU | X | | 50,200. | 50,200. | | X | X | | X | |
| (2) LUCA DOTTI | CHAIRMAN | PAY EXP | X | | 15,043. | 15,043. | | X | X | | X | |
| (3) LUCA DOTTI | CHAIRMAN | GENERAL | X | | 110,000. | 110,000. | | X | X | | X | |
| (4) P ALBERGHETTI | SEC/TREASU | GENERAL PU | X | | 30,000. | 30,000. | | X | X | | X | |
| (5) LUCA DOTTI | CHAIRMAN | GENERAL PU | X | | 12,000. | 12,000. | | X | X | | X | |
| (6) P ALBERGHETTI | SEC/TREASU | GENERAL PU | X | | 16,000. | 16,000. | | X | X | | X | |
| (7) LUCA DOTTI | CHAIRMAN | PAY EXPENS | X | | 386,237. | 386,237. | | X | X | | X | |
| (8) P ALBERGHETTI | SEC/TREAS | PAY EXPENS | X | | 386,237. | 386,237. | | X | X | | X | |
| (9) SEAN FERRER | FORMER DIR | GENERAL PU | X | | 33,500. | 33,500. | | X | X | | X | |
| (10) | | | | | | | | | | | | |
| Total | | | | | ►$ | 1,039,217. | | | | | | |

## Part III  Grants or Assistance Benefiting Interested Persons.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |
| (7) | | | | |
| (8) | | | | |
| (9) | | | | |
| (10) | | | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**

Schedule L (Form 990 or 990-EZ) 2018

TEEA4501L  06/28/18

Schedule L (Form 990 or 990-EZ) 2018  HOLLYWOOD FOR CHILDREN, INC.          13-3749705          Page **2**

| Part IV | Business Transactions Involving Interested Persons. |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 28a, 28b, or 28c.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of transaction | (d) Description of transaction | (e) Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |
| (8) | | | | | |
| (9) | | | | | |
| (10) | | | | | |

| Part V | Supplemental Information. |
|---|---|

Provide additional information for responses to questions on Schedule L (see instructions).

**SCHEDULE M**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Noncash Contributions**

► Complete if the organizations answered 'Yes' on Form 990, Part IV, lines 29 or 30.
► Attach to Form 990.
► Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2018**

**Open to Public Inspection**

Name of the organization
HOLLYWOOD FOR CHILDREN, INC.

Employer identification number
13-3749705

| Part I | Types of Property |
|---|---|

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art — Works of art | X | 1 | 10,000. | |
| 2 | Art — Historical treasures | | | | |
| 3 | Art — Fractional interests | | | | |
| 4 | Books and publications | | | | |
| 5 | Clothing and household goods | | | | |
| 6 | Cars and other vehicles | | | | |
| 7 | Boats and planes | | | | |
| 8 | Intellectual property | | | | |
| 9 | Securities — Publicly traded | | | | |
| 10 | Securities — Closely held stock | | | | |
| 11 | Securities — Partnership, LLC, or trust interests | | | | |
| 12 | Securities — Miscellaneous | | | | |
| 13 | Qualified conservation contribution — Historic structures | | | | |
| 14 | Qualified conservation contribution — Other | | | | |
| 15 | Real estate — Residential | | | | |
| 16 | Real estate — Commercial | | | | |
| 17 | Real estate — Other | | | | |
| 18 | Collectibles | | | | |
| 19 | Food inventory | | | | |
| 20 | Drugs and medical supplies | | | | |
| 21 | Taxidermy | | | | |
| 22 | Historical artifacts | | | | |
| 23 | Scientific specimens | | | | |
| 24 | Archeological artifacts | | | | |
| 25 | Other ► ( _____ ) | | | | |
| 26 | Other ► ( _____ ) | | | | |
| 27 | Other ► ( _____ ) | | | | |
| 28 | Other ► ( _____ ) | | | | |

| | | | |
|---|---|---|---|
| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part IV, Donee Acknowledgement | 29 | |

| | | Yes | No |
|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least three years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? | | X |
| b | If 'Yes,' describe the arrangement in Part II. | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? | | X |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? | | X |
| b | If 'Yes,' describe in Part II. | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | |

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule M (Form 990) 2018

TEEA4601L   10/22/18

Schedule M (Form 990) 2018  HOLLYWOOD FOR CHILDREN, INC.                    13-3749705        Page **2**

| Part II | **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether the organization is reporting in Part I, column (b), the number of contributions, the number of items received, or a combination of both. Also complete this part for any additional information. |
|---|---|

**SCHEDULE O**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
► Attach to Form 990 or 990-EZ.
► Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2018**

**Open to Public Inspection**

Name of the organization

HOLLYWOOD FOR CHILDREN, INC.

Employer identification number

13-3749705

**FORM 990, PART VI, LINE 2 - BUSINESS OR FAMILY RELATIONSHIP OF OFFICERS, DIRECTORS, ETC.**

A DIRECTOR/OFFICER OF HOLLYWOOD FOR CHILDREN PROVIDES LEGAL SERVICES FOR ANOTHER
DIRECTOR.

**FORM 990, PART VI, LINE 11B - FORM 990 REVIEW PROCESS**

THREE MEMBERS OF THE GOVERNING BODY REVIEWED A COPY OF THE RETURN BEFORE IT WAS
FINALIZED AND FILED.

**FORM 990, PART VI, LINE 12C - EXPLANATION OF MONITORING AND ENFORCEMENT OF CONFLICTS**

CONFLICT OF INTEREST POLICIES ARE MONITERED DURING THE BOARD MEETINGS WHERE THE
GOVERNING BODY DISCUSSES ISSUES RELATED TO CONFLICTS OF INTEREST.

**FORM 990, PART VI, LINE 19 - OTHER ORGANIZATION DOCUMENTS PUBLICLY AVAILABLE**

UPON REQUEST

| 2018 | **FEDERAL WORKSHEETS** | **PAGE 1** |
|---|---|---|
| CLIENT 2030 | HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

**FORM 990, PART III, LINE 4E**
**PROGRAM SERVICES TOTALS**

|  | PROGRAM SERVICES TOTAL | FORM 990 | SOURCE |
|---|---|---|---|
| TOTAL EXPENSES | 205,920. | 205,920. | PART IX, LINE 25, COL. B |
| GRANTS | 0. | 0. | PART IX, LINES 1-3, COL. B |
| REVENUE | 0. | 292,517. | PART VIII, LINE 2, COL. A |

**FORM 990, PART IX, LINE 24E**
**OTHER EXPENSES**

|  | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT & GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| AUTO EXPENSES | 314. | 251. | 47. | 16. |
| BANK/CREDIT CARD CHARGES | 1,571. | 1,257. | 157. | 157. |
| LEASED EQUIPMENT | 1,960. | 1,470. | 294. | 196. |
| POSTAGE AND SHIPPING | 194. | 165. | 19. | 10. |
| REPAIRS & MAINTENACE | 1,200. | 960. | 180. | 60. |
| TELEPHONE | 3,562. | 2,672. | 534. | 356. |
| TOTAL | $ 8,801. | $ 6,775. | $ 1,231. | $ 795. |

**EXCESS CONTRIBUTIONS**
**SCHEDULE A, PART II, LINE 5**

|  | 2014 | 2015 | 2016 | 2017 | 2018 | TOTAL | 2% AMT | EXCESS |
|---|---|---|---|---|---|---|---|---|
| ARROWGRASS CAPITAL PARTNERS LLP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| JAMES MATTIELLO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| KATSUHIKO ONO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LUCA DOTTI | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LARRY ALAN FARMER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| AEKYUNG CO., LTD. (DAE-KI, PARK) | 52,855 | 0 | 0 | 0 | 0 | 52,855 | 14,447 | 38,408 |
| MICHAEL E. WALPER | 7,182 | 0 | 0 | 0 | 0 | 7,182 | 0 | 0 |
| J.MEDEIROS | 0 | 0 | 0 | 0 | 8,064 | 8,064 | 0 | 0 |

| 2018 | FEDERAL WORKSHEETS | PAGE 2 |
|---|---|---|
| CLIENT 2030 | HOLLYWOOD FOR CHILDREN, INC. | 13-3749705 |

**EXCESS CONTRIBUTIONS (CONTINUED)**
**SCHEDULE A, PART II, LINE 5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAZYINK | | | | | | | |
| 0 | 0 | 0 | 0 | 5,000 | 5,000 | 0 | 0 |
| RICHARD AVEDON STUDIOS | | | | | | | |
| 0 | 0 | 0 | 0 | 10,000 | 10,000 | 0 | 0 |
| 60,037 | 0 | 0 | 0 | 23,064 | 83,101 | 14,447 | 38,408 |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Hollywood for Children, Inc., a New York nonprofit corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
- ■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
- ■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
- ■ *Schedule H: Codebtors (Official Form 206H)*
- ■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ■ Other document that requires a declaration    Statement of Financial Affairs; Disclosure of Compensation of Attorney for Debtor;  Corporation Ownership Statement; Corporate Resolution, and 11 U.S.C. §1116 (1)(B) Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 28, 2020          _____
                                          Signature of individual signing on behalf of debtor

                                          Paul G. Alberghetti
                                          Printed name

                                          Secretary / Treasurer
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Hollywood for Children, Inc., a New York non-profit corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Theodora Ohringer PC 1840 Century Park East #500 Los Angeles, CA 90067 | Steven E. Young syoung@tocounsel.com 310 557-2009 | Legal Fees | | | | $210,538.66 |
| Sean Ferrer c/o Segal Law Group 9100 Wilshire Blvd., Suite 616E Beverly Hills, CA 90212 | Lawrence Segal lawrence@legalsegal.com 310 550-4840 | Payable/Judgment | | | | $86,320.32 |
| Gerson Lehrman Group 60 East 42nd St., 3rd Floor New York, NY 10165 | Patrick Gordon pgordon@glg.it 212 984-8500 | Consultant Fees | Contingent Unliquidated Disputed | | | $65,608.00 |
| Freeman, Freeman & Smiley, LLP 1888 Century Park East, #1900 Los Angeles, CA 90067 | Wenda Freeman wenda.freeman@ffslaw.com 310 255-6139 | Legal Fees | | | | $32,777.30 |
| Brandlin & Associates An Accountancy Corporation 12100 Wilshire Blvd., #1120 Los Angeles, CA 90025 | Michael D. Frischer mfrischer@kjesq.com 310 789-1777 | Accountancy Fees | | | | $7,848.75 |
| Fred Kan & Co. 3104-6, 31/F, Central Plaza 18 Harbor Road Hong Kong | Pricilla Chan priscillachan@frekan.com 852 2598 1318 | Legal Fees | | | | $6,751.04 |

| Debtor | Hollywood for Children, Inc., a New York non-profit corporation | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western Justice Center 55 South Grand Avenue Pasadena, CA 91105 | Reid Lee reid.lee@westernjustice.com 626 584-7494 | Office Rent | | | | $5,844.00 |
| Accurate Data Networks 2001 S. Barrington Ave., Suite 105 Los Angeles, CA 90025-5337 | Asher Dhau support@accuratecomputers.com 310 479-5300 | Server Maintanance | | | | $1,350.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California: Los Angeles Division

In re   Hollywood for Children  Inc., a New York nonprofit corporation

Case No. _____

Debtor(s)

Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| NONE | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary / Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 28, 2020 _____

Signature _____

Paul G. Alberghetti

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**
_____

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**
_____

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**
_____

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**
_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles, California _____ , California.

Date:  September 28, 2020 _____

Paul G. Alberghetti
Signature of Debtor 1


_____

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name __Hollywood for Children, Inc., a New York non-profit corporation__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1.    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................. $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................. $    547,585.16

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................... $    547,585.16

### Part 2.    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............... $    0.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................... $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$    1,520,420.23

4.  **Total liabilities** ................................................................
    Lines 2 + 3a + 3b    $    1,520,420.23

**Fill in this information to identify the case:**

Debtor name    Hollywood for Children, Inc., a New York non-profit corporation

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  City National Bank | Checking | 4272 | $25,191.67 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $25,191.67

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1.  Deposit on lease -  Western Justice Center | | $7,420.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1.  Travelers Insurance Premium Allocation for Assets & Liability | | $973.49 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Hollywood for Children, Inc., a New York non-profit    Case number *(If known)*
          corporation
          _____
          Name

9.     **Total of Part 2.**                                           $8,393.49
       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:         0.00      -           0.00        = ....          Unknown
                                    face amount          doubtful or uncollectible accounts


       11b. Over 90 days old:       127,040.98   -      127,040.98    =....              $0.00
                                    face amount          doubtful or uncollectible accounts


12.    **Total of Part 3.**                                            $0.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Miscellaneous Office Furniture | Unknown | Liquidation | $1,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  Hollywood for Children, Inc., a New York non-profit
corporation
<u>Name</u>

Case number *(If known)*

| | | |
|---|---|---|
| **40.** | **Office fixtures** | |
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | |
| **42.** | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |

42.1.   Hubert de Givenchy gowns
Richard Avedon photos
Christo "War and Peace" Shoe
Yasumasa Morimura "Roman Holiday"
Photo of Plexiglass
Miscellaneous Memorabilia
Drawing of Audrey Hepburn With Child by
Julia Denos
Encased enchanted art piece and pictures
of Audrey on canvas
Miscellaneous books and magazines
Signed hardcover books (Audrey At Home)
The Audrey Hepburn Treasurers hardcover
books (Misc. languages)
Audrey In Rome hardcover books (English
and Italian)
Miscellaneous Audrey Hepburn books
Miscellaneous fashion/celebrity books
Miscellaneous magazines
Framed Photos of Audrey Hepburn
Child's artwork purchased at auction
conducted by Debtor and donated to the
Debtor
Miscellaneous movie posters

| | | |
|---|---|---|
| Unknown | Appraisals | $500,000.00 |

| | | | |
|---|---|---|---|
| **43.** | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | | $501,000.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                     page 3

Debtor   Hollywood for Children, Inc., a New York non-profit
         corporation
         Name                                                    Case number *(If known)*

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** See Attached Schedule 10.61 | $27,304.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** Publishing royalties, including: Audry A. Roma, Audrey In Rome, Audrey Hepburn: An Elegant Spirit, Ferragamo Book, Audrey Treasures, Audrey At Home: Memories of My Mother's Kitchen, and miscellaneous Japanese children's books Assignment of Robert Wolder's SAG AFTRA residuals | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.   **Total of Part 10.**                                                                      $0.00

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**

SCHEDULE 10.61

| Domain Name | Next Renewal Date |
| --- | --- |
| audreyhepburn.com[1] | 9/27/22 |
| ahcfstore.com | 4/15/22 |
| audreybag.com | 2/15/21 |
| audreybags.com | 2/15/22 |
| audreyhepburn.net | 6/10/21 |
| audreyhepburn.org | 10/29/20 |
| audreyhepburn.tv | 11/7/20 |
| audreyhepburnbag.com | 2/15/21 |
| audreyhepburnchildrenfund.com | 6/23/21 |
| audreyhepburnchildrensfund.com | 11/19/20 |
| audreyhepburnchildrensfund.info | 11/19/20 |
| audreyhepburnchildrensfund.org | 11/19/20 |
| audreyhepburnfund.com | 10/5/22 |
| audreyhepburnfund.org | 2/15/21 |
| audreystore.com | 4/15/22 |
| hepburnbag.com | 2/15/21 |
| hollywoodforchildren.com | 3/11/23 |
| hollywoodforchildren.org | 3/11/23 |
| theaudreybag.com | 2/15/21 |
| thehepburnbag.com | 2/15/21 |
| timelessaudrey.com | 1/5/22 |
| watchtheworld.com | 10/14/22 |
| audrey.xxx | 11/30/21 |
| hepburn.xxx | 11/30/21 |
| timelessaudrey.xxx | 11/30/21 |

---

[1] Ownership disputed by Sean Ferrer.

Debtor   Hollywood for Children, Inc., a New York non-profit   Case number *(If known)*
corporation
<u>Name</u>

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Miscellaneous T-Shirts (17 boxes)
Miscellaneous Bags (11 boxes)
Audrey Hepburn Calendars (2005-2017) (14 boxes)
Audrey Hepburn Doll (1 box)
Bookmarks (5 boxes)
Audrey Hepburn: An Elegant Spirit (book) (50 boxes, 10 per box)
Black Handbags (4 boxes)
Diary (3 boxes, 70 per box)
All Children in School CD (25 boxes, 112 per box)
Suitcases (1 box)
Pencil Wood Set (36 boxes, 240 per box)
Miscellaneous Merchandise (3 boxes)
Christmas Cards (21 boxes with 25 cards per box)
DVDs - 2 boxes
One dozen poster tubes
Donated painting
Pyramid prototypes
OSSA Award
UNICEF Gold Medallion                                                    $13,000.00

78.   **Total of Part 11.**                                                    $13,000.00
Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   Hollywood for Children, Inc., a New York non-profit
corporation                                                          Case number (If known)
_____              _____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $25,191.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,393.49 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $501,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $547,585.16 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $547,585.16 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hollywood for Children, Inc., a New York non-profit corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    Hollywood for Children, Inc., a New York non-profit corporation

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Employment Development Department**<br>PO Box 989061<br>West Sacramento, CA 95798 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Hollywood for Children, Inc., a New York non-profit corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.OO | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

State of California
Department of Justice
PO Box 903447
Sacramento, CA 94203-4470

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

$0.OO    $0.00

Date or dates debt was incurred

Basis for the claim:
Delinquency Notice

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

Accurate Data Networks
2001 S. Barrington Ave., Suite 105
Los Angeles, CA 90025-5337

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  Server Maintanence

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,848.75 |
|---|---|---|---|

Brandlin & Associates
An Accountancy Corporation
12100 Wilshire Blvd., #1120
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  Accountancy Fees

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,751.04 |
|---|---|---|---|

Fred Kan & Co.
3104-6, 31/F, Central Plaza
18 Harbor Road
Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  Legal Fees

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,777.30 |
|---|---|---|---|

Freeman, Freeman & Smiley, LLP
1888 Century Park East, #1900
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  Legal Fees

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,608.00 |
|---|---|---|---|

Gerson Lehrman Group
60 East 42nd St., 3rd Floor
New York, NY 10165

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  Consultant Fees

**Last 4 digits of account number __**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Hollywood for Children, Inc., a New York non-profit corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$671,145.23**

Luca Dotti
Via Cerracchi 4A
Rome 00197 IT

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Loans

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$432,236.93**

Paul G. Alberghetti
65 S. Grand Avenue, 1st Floor
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Loans

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$86,320.32**

Sean Ferrer
c/o Segal Law Group
9100 Wilshire Blvd., Suite 616E
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Payable/Judgment

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$210,538.66**

Theodora Ohringer PC
1840 Century Park East #500
Los Angeles, CA 90067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Legal Fees

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,844.00**

Western Justice Center
55 South Grand Avenue
Pasadena, CA 91105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Office Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,520,420.23 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,520,420.23 |

---

| Fill in this information to identify the case: |
|---|

Debtor name   Hollywood for Children, Inc., a New York non-profit corporation

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number (If known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of business premises. | |
|---|---|---|---|
| | State the term remaining | Month to Month | Western Justice Center |
| | List the contract number of any government contract | | 55 South Grand Avenue |
| | | | Pasadena, CA 91105 |

**Fill in this information to identify the case:**

Debtor name ___Hollywood for Children, Inc., a New York non-profit corporation___

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ City ___ State ___ Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City ___ State ___ Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City ___ State ___ Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City ___ State ___ Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Hollywood for Children, Inc., a New York non-profit corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|
    | For prior year: From 10/01/2019 to Filing Date | ☐ Operating a business ■ Other  Charitable Income and Donations | $42,287.80 |
    | For year before that: From 10/01/2018 to 9/30/2019 | ☐ Operating a business ■ Other  Charitable Income and Donations | $324,431.52 |
    | For the fiscal year: From 10/01/2017 to 9/30/2018 | ☐ Operating a business ■ Other  Charitable Income and Donations | $300,883.63 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers—including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
    |---|---|---|---|

Debtor  Hollywood for Children, Inc., a New York non-profit corporation       Case number *(if known)* _____

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|---|
| 7.1. | Hollywood for Children, Inc. vs.<br>Sean Ferrer<br>BC649828 | Declaratory Relief | Los Angeles Superior Court<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor  Hollywood for Children, Inc., a New York non-profit corporation                    Case number (if known) _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | SulmeyerKupetz A Professional Corporation 333 South Grand Avenue Suite 3400 Los Angeles, CA 90071 | | 5/12/2020 9/24/2020 | $21,750.00 |
| | **Email or website address** sulmeyerlaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Giovanna Gregori Viale Piave 12/A 20129 Milano Italy | Bulgari Earrings | 9/04/2019 | $45,000.00 |
| | **Relationship to debtor** | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

Debtor    Hollywood for Children, Inc., a New York non-profit corporation    Case number *(if known)* _____

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|--------------------------------------------------------------------------------|--------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

PayPal Seller's Information

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|--------------------------------|-------------------------------|------------------------------------------------------|-----------------------------------------|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  Hollywood for Children, Inc., a New York non-profit corporation          Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Arroyo Parkway Self Storage<br>411 S. Arroyo Parkway, Unit A1909<br>Pasadena, CA 91105 | Paul G.  Alberghetti<br>65 S. Grand Avenue, 1st Floor<br>Pasadena, CA 91105 | Merchandise and Files. | ☐ No<br>■ Yes |
| Atelier 4 Inc.<br>1636 N. Indiana Street<br>Los Angeles, CA 90063 | Paul G Alberghetti<br>65 S. Grand Avenue, 1st Floor<br>Pasadena, CA 91105 | Memorabilia | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Debtor    Hollywood for Children, Inc., a New York non-profit corporation          Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service
From-To |
|---|---|---|
| 26a.1. | Leonard J. Bencivenga, CPA
Bencievenga Ward & Company
420 Columbus Avenue
Suite 304
Valhalla, NY 10595 | 1997 to Present |
| 26a.2. | Caroline Bloxsom
65 South Grand Avenue, 1st Floor
Pasadena, CA 91105 | 2007 to 9/16/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| | Name and address | Date of service
From-To |
|---|---|---|
| 26b.1. | Leonard J. Bencivenga, CPA
Bencivenga Ward & Company
420 Columbus Avenue, Suite 304
Valhalla, NY 10595 | 1997 to Present |

| | Name and address | Date of service
From-To |
|---|---|---|
| 26b.2. | Caroline Bloxsom
65 South Grand Avenue, 1st Floor
Pasadena, CA 91105 | 2007 to 9/16/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are
unavailable, explain why |
|---|---|

Debtor    Hollywood for Children, Inc., a New York non-profit corporation                    Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Paul G. Alberghetti<br>65 S. Grand Avenue, 1st Floor<br>Pasadena, CA 91105 | |
| 26c.2.    Leonard J. Bencivenga, CPA<br>Bencivenga Ward & Company<br>420 Columbus Avenue, Suite 304<br>Valhalla, NY 10595 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Luca Dotti | Via Cerracchi 4A<br>Rome 00197 IT | Chairman | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ellen Fontana | 32 High St.<br>Quincy, MA 02169 | Executive Director | 0% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Paul G. Alberghetti | 65 S. Grand Avenue, 1st Floor<br>Pasadena, CA 91105 | Secretary / Treasurer | 0% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    Hollywood for Children, Inc., a New York non-profit corporation                Case number *(if known)*

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                                    **Employer Identification number of the parent
corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                         **Employer Identification number of the parent
corporation**

Debtor    Hollywood for Children, Inc., a New York nonprofit corporation _____    Case number *(if known)* _____

---

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 28, 2020

_____    Paul G. Alberghetti
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Secretary / Treasurer _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California: Los Angeles Division

In re   Hollywood for Children, Inc., a New York non-profit corporation                    Case No. _____

                                                                   Debtor(s)          Chapter    11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|                                                              |    |            |
| ------------------------------------------------------------ | -- | ---------- |
| For legal services, I have agreed to accept                  | $  | 21,750.00  |
| Prior to the filing of this statement I have received        | $  | 21,750.00  |
| Balance Due                                                  | $  | 0.00       |

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

September 28, 2020
_____             _____
Date                                       Daniel A. Lev
                                           Signature of Attorney


                                           **Sulmeyer**Kupetz
                                           Name of law firm

---

Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address

Daniel A. Lev
**Sulmeyer**Kupetz, A Professional Corporation
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071
213.626.2311 Fax: 213.629.4520
California State Bar Number: 129622 CA
dlev@sulmeyerlaw.com

■ *Attorney for: Debtor*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Hollywood for Children, Inc., a New York non-profit corporation

Debtor(s),

Plaintiff(s),

Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER:    11

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  Paul G. Alberghetti _____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
     class of the corporation's(s') equity interests:
     *[For additional names, attach an addendum to this form.]*

  b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

September 28, 2020
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  Paul G. Alberghetti
Printed name of Debtor, or attorney for
Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                               **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Daniel A. Lev<br>**SulmeyerKupetz**, A Professional Corporation<br>333 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 129622 CA<br>dlev@sulmeyerlaw.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA: LOS ANGELES DIVISION**

In re:

    Hollywood for Children, Inc., a New York nonprofit
    corporation

CASE NO.:
CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  September 28, 2020 _____

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  September 28, 2020 _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Hollywood for Children, Inc., a New York non-profit corpo
65 South Grand Avenue, 1st Floor
Pasadena, CA 91105


Daniel A. Lev
SulmeyerKupetz
333 South Grand Avenue
Suite 3400
Los Angeles, CA 90071


United States Trustee
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

Accurate Data Networks
2001 S. Barrington Ave., Suite 105
Los Angeles, CA 90025-5337


Brandlin & Associates
An Accountancy Corporation
12100 Wilshire Blvd., #1120
Los Angeles, CA 90025


Employment Development Department
PO Box 989061
West Sacramento, CA 95798


Fred Kan & Co.
3104-6, 31/F, Central Plaza
18 Harbor Road
Hong Kong


Freeman, Freeman & Smiley, LLP
1888 Century Park East, #1900
Los Angeles, CA 90067


Gerson Lehrman Group
60 East 42nd St., 3rd Floor
New York, NY 10165


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Luca Dotti
Via Cerracchi 4A
Rome 00197 IT

Paul G. Alberghetti
65 S. Grand Avenue, 1st Floor
Pasadena, CA 91105

Sean Ferrer
c/o Segal Law Group
9100 Wilshire Blvd., Suite 616E
Beverly Hills, CA 90212

State of California
Department of Justice
PO Box 903447
Sacramento, CA 94203-4470

Theodora Ohringer PC
1840 Century Park East #500
Los Angeles, CA 90067

Western Justice Center
55 South Grand Avenue
Pasadena, CA 91105